

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: | § | No. 08-25-00064-CV |
| KEMMIE COT MILLER, IV | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on Relator's petition for writ of mandamus against the

Honorable Ruben Morales, Judge of the County Court at Law No.7 of El Paso County, Texas and

concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the

petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED this 27th day of March 2025.


LISA J. SOTO, Justice


Before Salas Mendoza, C.J., Palafox and Soto, JJ.